**Order filed, May 1, 2012.**



In The

# Fourteenth Court of Appeals
_____

**NO. 14-12-00330-CV**
_____

**IN THE INTEREST OF C.J.S AND S.G.B., JR., CHILDREN, Appellant**

**V.**

**, Appellee**

---

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-09041J**

---

## ORDER

The reporter's record in this case was due **April 20, 2012**, 2012. *See* Tex. R. App. P. 35.1. On April 20, 2012, this court granted the court reporters request for extension of time to file the record until April 30, 2012. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, the court **GRANTS** your second request and issues the following order.

We order **Eliza Madrigal**, the official court reporter, to file the record in this appeal **on or before May 10, 2012. No further extension will be entertained absent**

**exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Eliza Madrigal** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM